Lloyd REID, Appellant,

v.

STATE of Texas, Appellee.

No. 31058.

Court of Criminal Appeals of Texas.

Feb. 17, 1960.

County which was filed with the clerk of the trial court.

This was not a compliance with the requirements of Art. 827, Vernon's Ann. C.C.P., that notice of appeal be given in open court and entered of record. Anderson v. State, Tex.Cr.App., 309 S.W.2d 239.

The appeal is dismissed.

Lloyd REID, Appellant,

v.

STATE of Texas, Appellee.

No. 31059.

Court of Criminal Appeals of Texas.

Feb. 17, 1960.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is forgery; the punishment, 7 years.

The only notice of appeal appearing in the record is contained in an affidavit of appellant before a notary public in Walker

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is forgery; the punishment, 7 years.

The record is in the same condition as that in Reid v. State, Tex.Cr.App., 333 S.W. 2d 139.

The appeal is dismissed for want of a notice of appeal in open court, entered of record.

**Lloyd S. REID, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 31129.**

Court of Criminal Appeals of Texas.

Feb. 17, 1960.

No attorney for appellant of record on appeal.

Charles J. Lieck, Jr., Criminal Dist. Atty., James E. Barlow, Asst. Criminal Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is forgery; the punishment, 6 years.

Judgment was entered upon a plea of guilty before the court on April 23, 1959, and on the same day appellant waived time for filing motion for new trial and sentence was pronounced, to begin at the expiration

